| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Fernandez, Ferdinand F. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>04/23/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue, Suite 602<br>Pasadena, CA 91105 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | West Publishing Co. | Books | $1,506.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts. at Wells Fargo Bank | A | Interest | M | T | | | | | |
| 2. Accts. at JP Morgan Chase | A | Interest | L | T | | | | | |
| 3. Accts. at Bank of America | A | Interest | M | T | | | | | |
| 4. Accts. at Union Bank | A | Interest | L | T | | | | | |
| 5. Accts. at Community Bank | A | Interest | L | T | | | | | |
| 6. Accts. at California Bank and Trust | A | Interest | L | T | | | | | |
| 7. Accts. at Pacific Western Bank | A | Interest | L | T | | | | | |
| 8. Accts. at U.S. Bank | A | Interest | M | T | | | | | |
| 9. Accts. at Community Commerce Bank | A | Interest | M | T | | | | | |
| 10. Accts at Bank of the West | A | Interest | L | T | | | | | |
| 11. Accts. at Citizens Business Bank | A | Interest | L | T | | | | | |
| 12. Accts. at Security Bank of California | A | Interest | L | T | | | | | |
| 13. Acct. at Ally Bank | A | Interest | | | Closed | 02/24/14 | L | A | |
| 14. Acct. at Bank of China | A | Interest | | | Closed | 03/03/14 | L | A | |
| 15. Acct. at Compass Bank | A | Interest | L | T | Open | 02/24/14 | L | | |
| 16. Acct. at Cole Taylor Bank | A | Interest | L | T | Open | 03/21/14 | L | | |
| 17. Acct. at Goldmans Sachs Bank | A | Interest | L | T | Open | 09/24/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Fund Cap Income Builder; Cl A | C | Dividend | M | T | | | | | |
| 19. Am. Fund New Economy Cl A | A | Dividend | J | T | | | | | |
| 20. Income Fund of America Cl A | B | Dividend | K | T | | | | | |
| 21. Am. Cap. Fund Cl A | A | Dividend | K | T | | | | | |
| 22. Am. Fund Balanced Fund Cl A | B | Dividend | M | T | Buy (add'l) | 02/07/14 | K | | |
| 23. Am Fund Capital World Growth Fund Cl A | A | Dividend | | | Sold | 02/07/14 | K | D | |
| 24. Am Fund Growth Fund Cl A | A | Dividend | L | T | | | | | |
| 25. Am Fund, Inv. Co. of America Cl A | A | Dividend | J | T | | | | | |
| 26. Wash. Mut. Inv. Fund Cl A | B | Dividend | L | T | | | | | |
| 27. Invesco Van Kampen Am. Franchise Fund Cl A | D | Dividend | L | T | | | | | |
| 28. Invesco Van Kampen Real Estate Fund Cl A | A | Dividend | K | T | | | | | |
| 29. Invesco Van Kampen Comstock Fund Cl A (formerly Van Kampen Comstock) | A | Dividend | K | T | | | | | |
| 30. Select Notes Trust Sec. LT #5 | A | Interest | J | T | | | | | |
| 31. GNMA Pool Cert. | A | Interest | J | T | | | | | |
| 32. U.S. T. Bills | A | Interest | L | T | | | | | |
| 33. U.S. T. Bills | A | Interest | K | T | | | | | |
| 34. U.S. T. Bills | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. T. Bills | A | Interest | N | T | | | | | |
| 36. U.S. T. Bills | A | Interest | L | T | | | | | |
| 37. U.S. T. Bills | A | Interest | L | T | | | | | |
| 38. Trust #1; Income Beneficiary (Items 39-76) | | | | | | | | | |
| 39. (a) Wells Fargo, Trustee | | | | | | | | | |
| 40. (i) Wells Fargo Funds for Trusts and Cash | A | Int./Div. | K | T | | | | | |
| 41. (ii) Vanguard REIT Viper | A | Dividend | J | T | Sold (part) | 04/25/14 | J | A | |
| 42. (iii)Pimco Foreign Bond Fund USD Hedged #103 | A | Dividend | J | T | | | | | |
| 43. (iv) Vanguard Emerging Market ETF | A | Dividend | J | T | | | | | |
| 44. (v) SPDR D.J. Wilshire Int'l. Real Estate | A | Dividend | J | T | | | | | |
| 45. (vi) Dreyfus Emerging Mkts Debt Fund | A | Dividend | J | T | | | | | |
| 46. (vii) AMEX Consumer SPDR | A | Dividend | J | T | | | | | |
| 47. (viii) Consumer Staples Sec SPDR | A | Dividend | J | T | | | | | |
| 48. (ix) AMEX Energy Select SPDR | A | Dividend | J | T | | | | | |
| 49. (x) AMEX Financial Select SPDR | A | Dividend | J | T | | | | | |
| 50. (xi) AMEX Health Care SPDR | A | Dividend | J | T | | | | | |
| 51. (xii) AMEX Industrial SPDR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (xiii) AMEX Technology SPDR | A | Dividend | J | T | Sold (part) | 01/27/14 | J | A | |
| 53. (xiv) AMEX Materials SPDR | A | Dividend | J | T | Sold (part) | 01/27/14 | J | A | |
| 54. (xv) I Shares S&P Midcap 400 Growth | A | Dividend | J | T | Sold (part) | 04/25/14 | J | A | |
| 55. (xvi) I Shares S&P Midcap 400 Value | A | Dividend | J | T | Sold (part) | 01/27/14 | J | A | |
| 56. (xvii) I Shares S&P Cap (formerly I Shares TR Small Cap 600 Index) | A | Dividend | J | T | Sold (part) | 01/27/14 | J | A | |
| 57. (xviii) Diamond Hill Long-Short Fund C1.1 | A | Dividend | J | T | | | | | |
| 58. (xix) Merger FD Class Inst. #301 (formerly Merger FD SH BEN INT) | A | Dividend | J | T | | | | | |
| 59. (xx-a) Credit Suisse Commodity Return Strat. Fund | A | Dividend | J | T | Sold (part) | 04/23/14 | J | A | |
| 60. (xx-b) Same as (xx-a) | | | | | Sold (part) | 08/01/14 | J | A | |
| 61. (xxi-a) Driehaus Active Income Fund | A | Dividend | J | T | Sold (part) | 01/23/14 | J | A | |
| 62. (xxi-b) Same as (xxi-a) | | | | | Sold (part) | 08/01/14 | J | A | |
| 63. (xxii) Fidelity Advisors Emerging Markets Income Fund Class 1 | A | Dividend | J | T | | | | | |
| 64. (xxiii) Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Sold (part) | 01/27/14 | J | A | |
| 65. (xxiv-a) ASG Global Alternative fund Class Y | A | Dividend | J | T | Sold (part) | 01/23/14 | J | A | |
| 66. (xxiv-b) Same as (xxiv-a) | | | | | Sold (part) | 08/01/14 | J | A | |
| 67. (xxv) Eaton Global Marco Absolute Return Fund Class - 1#0088 | A | Dividend | J | T | | | | | |
| 68. (xxvi) I Path Dow Jones -- UBS Commodity Index Total Return ETN | A | Dividend | J | T | Sold | 01/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (xxvii) Nuveen High Yield Muni Bond Fund Class R | A | Dividend | J | T | Buy | 04/25/14 | J | | |
| 70. (xxviii-a) T Rowe Price Inst Float Rate Fund | A | Dividend | J | T | Buy | 01/27/14 | J | | |
| 71. (xxviii-b) Same as (xxvii-a) | | | | | Buy (add'l) | 04/25/14 | J | | |
| 72. (xxix-a) T Rowe Price Short Term Bond Fund | A | Dividend | J | T | Buy | 08/05/14 | J | | |
| 73. (xxix-b) Same as (xxix-a) | | | | | Buy (add'l) | 09/08/14 | J | | |
| 74. (xxx) Vanguard Total Bond MKT ETF | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 75. (xxxi) Neuberger Berman Long Short Fund | A | Dividend | J | T | Buy | 08/05/14 | J | | |
| 76. (xxxii) Principal Global Multi-Strategy Fund | A | Dividend | J | T | Buy | 08/05/14 | J | | |
| 77. (b) Real Property in Clifton, AZ (trustee unknown) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/23/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ferdinand F. Fernandez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544